AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| AUSTIN GOODRICH | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:20-cv-670-JR |
| 2275 W BURNSIDE LLC et al. | ) |
| _____ | ) |
| *Defendant* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TLC BOOKKEEPING AND TAX PREP INC.
c/o REGISTERED AGENT LOIS RANSTEAD
2305 PACIFIC AVE STE A
FOREST GROVE, OREGON 97116

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Austin Goodrich
c/o attorney Michael Fuller
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**MARY L. MORAN, Clerk of Court**

**By: s/Elizabeth Potter, Deputy Clerk**

Date: **04/23/2020**