**Michael Fuller, OSB No. 09357**
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**Alan Kessler, OSB No. 150209**
Law Office of Alan L Kessler
1001 SE Sandy Blvd. Ste 210
Portland, Oregon 97214
ak@alankesslerlaw.com
Direct 503-860-1020

**Kelly D. Jones, OSB No. 074217**
kellydonovanjones@gmail.com
Direct 503-847-4329

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **AUSTIN GOODRICH** | Case No. 3:20-cv-00670-JR |
| Plaintiff | **COVER PAGE** |
| vs | |
| **2275 W BURNSIDE LLC** and **TLC BOOKKEEPING AND TAX PREP INC.** | |
| Defendants | |

# Summons Service Executed

**COVER PAGE**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-00670-JR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  2275 W Burnside LLC

was received by me on *(date)*  04/23/2020  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: On April 23, 2020, I caused the summons and complaint in this action to be served on 2275 W Burnside LLC by USPS First Class Regular and Certified Mail, return receipt requested, postage pre-paid, to 2275 W Burnside LLC care of registered agent Vahan Dinihanian, 237 NW Skyline Blvd., Portland, OR 97210.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/23/2020

*Server's signature*

Michelle Moreno, Server
*Printed name and title*

PO Box 12829
Salem, OR 97309

*Server's address*

Additional information regarding attempted service, etc: