**Michael Fuller, OSB No. 09357**
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**Alan Kessler, OSB No. 150209**
Law Office of Alan L Kessler
1001 SE Sandy Blvd. Ste 210
Portland, Oregon 97214
ak@alankesslerlaw.com
Direct 503-860-1020

**Kelly D. Jones, OSB No. 074217**
kellydonovanjones@gmail.com
Direct 503-847-4329

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **AUSTIN GOODRICH** | Case No. 3:20-cv-00670-JR |
| Plaintiff | **COVER PAGE** |
| vs | |
| **2275 W BURNSIDE LLC** and **TLC BOOKKEEPING AND TAX PREP INC.** | |
| Defendants | |

# Summons Service Executed

**COVER PAGE**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-00670-JR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   TLC Bookkeeping and Tax Prep Inc.
was received by me on *(date)*   04/23/2020   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On April 23, 2020, I caused the summons and complaint in this action to be served on TLC Bookkeeping and Tax Prep Inc. by USPS First Class Regular and Certified Mail, return receipt requested, postage pre-paid, to TLC Bookkeeping and Tax Prep Inc. care of registered agent Lois Ranstead, 2305 Pacific Ave., Ste. A, Forest Grove, OR 97116.

My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   04/23/2020

*Server's signature*

Michelle Moreno, Server
*Printed name and title*

PO Box 12829
Salem, OR 97309

*Server's address*

Additional information regarding attempted service, etc: