**Robert S. May, OSB No. 980040**
rmay@kilmerlaw.com
Kilmer, Voorhees & Laurick, P.C.
Attorneys at Law
732 N.W. 19th Avenue
Portland, Oregon 97209-1302
Telephone: (503) 224-0055
Fax: (503) 222-5290

    Of Attorneys for Defendant 2275 W Burnside LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| **AUSTIN GOODRICH,**<br><br>                      Plaintiff,<br><br>    v.<br><br>**2275 W BURNSIDE LLC and TLC BOOKKEEPING AND TAX PREP INC.,**<br><br>                      Defendants. | Case No.  3:20-CV-670-JR<br><br>**CORPORATE DISCLOSURE STATEMENT** |

    Pursuant to Fed. R. Civ. P. 7.1, Defendant 2275 W Burnside LLC ("2275") states that it is a Limited Liability Company and is not a subsidiary of a publicly held company that owns 10% or more of defendant 2275.

    DATED this 14th day of May, 2020.

                                        KILMER, VOORHEES & LAURICK, P.C.

                                        *s/ Robert S. May*
                                        Robert S. May, OSB No. 980040
                                        rmay@kilmerlaw.com
                                        Attorneys for Defendant 2275 W Burnside LLC

I:\10345\0032\Pleadings\CDS 2020-0408.docx

Page 1 –    DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

KILMER VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290