**Michael Fuller, OSB No. 09357**
Of Attorneys for Plaintiff
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-743-7000

**Alan Lloyd Kessler, OSB No. 150209**
Law Office of Alan L Kessler
1001 SE Sandy Blvd. Ste 210
Portland, Oregon 97214
ak@alankesslerlaw.com
Direct 503-860-1020

**Kelly D. Jones, OSB No. 074217**
kellydonovanjones@gmail.com
Direct 503-847-4329

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **AUSTIN GOODRICH** | Case No. 3:20-cv-670-JR |
| Plaintiff | |
| vs | **NOTICE OF APPEARANCE** |
| **2275 W BURSNIDE LLC** and **TLC BOOKKEEPING AND TAX PREP INC.** | |
| Defendants | |

**NOTICE OF APPEARANCE** – Page 1 of 3

## NOTICE OF APPEARANCE

Please take notice that Alan Kessler of the Law Office of Alan L. Kessler has been retained as counsel to appear on behalf of plaintiff, and requests that notification of all filings and other activities in this case be sent to:

**Alan Lloyd Kessler**
**Law Office of Alan L Kessler**
**1001 SE Sandy Blvd. Ste 210**
**Portland, Oregon 97214**
**ak@alankesslerlaw.com**
**Direct 503-860-1020**

May 28, 2020

        **RESPECTFULLY FILED,**

        s/ Alan Lloyd Kessler
        **Alan Lloyd Kessler, OSB No. 150209**
        Of Attorneys for Plaintiff
        Law Office of Alan L. Kessler
        1001 SE Sandy Blvd. Ste 210
        Portland, Oregon 97214
        ak@alankesslerlaw.com
        Direct 503-860-1020

## CERTIFICATE OF SERVICE

I certify that on the date below, I caused this document to be served on the parties below by email via ECF.

**Michael Fuller, OSB No. 09357**
Of Attorneys for Plaintiff
OlsenDaines
michael@underdoglawyer.com

**Kelly Jones, OSB No. 074217**
Of Attorneys for Plaintiff
Law Office of Kelly Jones
kellydonovanjones@gmail.com

**Robert S. May, OSB No. 980040**
Of Attorneys for Defendant 2275 W Burnside LLC
Kilmer, Voorhees & Laurick, P.C
rmay@kilmerlaw.com

May 28, 2020

                                  s/ Alan Lloyd Kessler
                                  **Alan Lloyd Kessler, OSB No. 150209**
                                  Of Attorneys for Plaintiff
                                  Law Office of Alan L. Kessler
                                  1001 SE Sandy Blvd. Ste 210
                                  Portland, Oregon 97214
                                  ak@alankesslerlaw.com
                                  Direct 503-860-1020

**NOTICE OF APPEARANCE** – Page 3 of 3