Herbert G. Grey, OSB #810250
4800 SW Griffith Drive, Suite 320
Beaverton, OR 97005-8716
Telephone: 503-641-4908
Email: herb@greylaw.org

      Of Attorneys for Defendant
      TLC BOOKKEEPING AND
      TAX PREP INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

AUSTIN GOODRICH,

           Plaintiff,         No. 3:20-CV-670-JR

           v.                    ANSWER OF TLC
                                  BOOKKEEPING AND TAX PREP
                                  INC.

2275 W BURNSIDE LLC and TLC
BOOKKEEPING AND TAX PREP INC.

           Defendants.

Defendant TLC BOOKKEEPING AND TAX PREP INC. ("TLC"), for answer to plaintiff's complaint, admits, denies and alleges:

1.

Admits the allegations of paragraphs 1, 3 and 4, and further admits in paragraph 2 that plaintiff was a tenant who formerly resided at the address alleged.

//

//

PAGE 1 – ANSWER OF TLC BOOKKEEPING AND TAX PREP INC.

2.

Except as so admitted, defendant TLC denies the remaining allegations of plaintiff's complaint.

For a further separate answer and affirmative defenses, defendant TLC alleges:

3.

Plaintiff fails to state a claim upon which relief can be granted.

4.

Plaintiff, orally and in writing, authorized defendant TLC to access the IRS website to track the status of plaintiff's coronavirus stimulus check.

WHEREFORE, Defendant TLC prays for dismissal of plaintiff's Complaint with prejudice and without any recovery, for defendant's costs and disbursements, and for such other relief as the court deems appropriate.

DATED this 22nd day of October, 2020.

Herbert G. Grey, OSB #810250
4800 SW Griffith Drive, Suite 320
Beaverton, OR 97005-8716
Telephone: 503-641-4908
Email: herb@greylaw.org

Of Attorneys for TLC BOOKKEEPING
AND TAX PREP INC.

PAGE 2 – ANSWER OF TLC BOOKKEEPING AND TAX PREP INC.


## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing ANSWER OF TLC BOOKKEEPING AND TAX PREP INC. on the following via the indicated method(s) of service:

Michael Fuller
111 SW Fifth Avenue, Suite 3150
Portland, OR 97204

                Of Attorneys for Plaintiff

Alan Kessler
1001 SE Sandy Boulevard, Suite 210
Portland, OR 97214

                Of Attorneys for Plaintiff

Kelly Donovan Jones
819 SE Morrison Street, Suite 225
Portland, OR 97214

                Of Attorneys for Plaintiff

Robert S. May
732 NW 19th Avenue
Portland, OR 97209

                Of Attorneys for Defendant 2275 W Burnside LLC

__X__ **MAILING** certified full, true and correct copies thereof in a sealed, first class postage-prepaid envelope, addressed to the attorney(s) shown above at their last known office address(es), and deposited with the U.S. Postal Service at Portland/Beaverton, Oregon, on the date set forth below.

__X__ **ELECTRONIC FILING** utilizing the Court's electronic filing system

_____ **EMAILING** certified full, true and correct copies thereof to the attorney(s) shown above at their last known email address(es) on the date set forth below.

DATED this 22nd day of October, 2020.

Herbert G. Grey, OSB #810250
Of Attorneys for TLC BOOKKEEPING AND TAX PREP INC.

PAGE 3 – ANSWER OF TLC BOOKKEEPING AND TAX PREP INC.