Herbert G. Grey, OSB #810250
4800 SW Griffith Drive, Suite 320
Beaverton, OR 97005-8716
Telephone: 503-641-4908
Email: herb@greylaw.org

    Of Attorneys for Defendant
    TLC BOOKKEEPING AND
    TAX PREP INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

AUSTIN GOODRICH,

          Plaintiff,          No. 3:20-CV-670-JR

          v.          TLC BOOKKEEPING AND TAX
                PREP INC. CORPORATE
                DISCLOSURE STATEMENT

2275 W BURNSIDE LLC and TLC
BOOKKEEPING AND TAX PREP INC.

          Defendants.

Pursuant to FRPC 7.1, defendant TLC BOOKKEEPING AND TAX PREP INC. is an Oregon corporation and is not a subsidiary of a publicly-held company that owns

//

//

//

//

//

PAGE 1 – TLC BOOKKEEPING AND TAX PREP INC CORPORATE DISCLOSURE STATEMENT

10% or more of defendant TLC BOOKKEEPING AND TAX PREP INC.

DATED this 22nd day of October, 2020.

_____
Herbert G. Grey, OSB #810250
4800 SW Griffith Drive, Suite 320
Beaverton, OR 97005-8716
Telephone: 503-641-4908
Email: herb@greylaw.org

Of Attorneys for TLC BOOKKEEPING
AND TAX PREP INC.

PAGE 2 – TLC BOOKKEEPING AND TAX PREP INC CORPORATE DISCLOSURE STATEMENT

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing TLC BOOKKEEPING AND TAX PREP INC CORPORATE DISCLOSURE STATEMENT on the following via the indicated method(s) of service this ___ day of October, 2020:

Michael Fuller
111 SW Fifth Avenue, Suite 3150
Portland, OR 97204

           Of Attorneys for Plaintiff

Alan Kessler
1001 SE Sandy Boulevard, Suite 210
Portland, OR 97214

           Of Attorneys for Plaintiff

Kelly Donovan Jones
819 SE Morrison Street, Suite 225
Portland, OR 97214

           Of Attorneys for Plaintiff

Robert S. May
732 NW 19th Avenue
Portland, OR 97209

           Of Attorneys for Defendant 2275 W
           Burnside LLC

__X__ **MAILING** certified full, true and correct copies thereof in a sealed, first class postage-prepaid envelope, addressed to the attorney(s) shown above at their last known office address(es), and deposited with the U.S. Postal Service at Portland/Beaverton, Oregon, on the date set forth below.

__X__ **ELECTRONIC FILING** utilizing the Court's electronic filing system

_____ **EMAILING** certified full, true and correct copies thereof to the attorney(s) shown above at their last known email address(es) on the date set forth below.

           _/s/ Herbert G. Grey_
           Herbert G. Grey, OSB #810250
           Of Attorneys for TLC BOOKKEEPING
           AND TAX PREP INC.

PAGE 3 – TLC BOOKKEEPING AND TAX PREP INC CORPORATE DISCLOSURE STATEMENT