**Robert S. May, OSB No. 980040**
rmay@kilmerlaw.com
**Robert C. Muth, OSB No. 971710**
rmuth@kilmerlaw.com
Kilmer, Voorhees & Laurick, P.C.
Attorneys at Law
732 N.W. 19th Avenue
Portland, Oregon 97209-1302
Telephone: (503) 224-0055
Fax: (503) 222-5290

    Of Attorneys for Defendant 2275 W Burnside LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| **AUSTIN GOODRICH,**<br><br>    Plaintiff,<br><br>v.<br><br>**2275 W BURNSIDE LLC and TLC BOOKKEEPING AND TAX PREP INC.,**<br><br>    Defendants. | Case No.  3:20-CV-670-JR<br><br>**NOTICE OF ASSOCIATION OF COUNSEL FOR 2275 W BURNSIDE LLC** |

    NOTICE IS HEREBY GIVEN that Robert C. Muth, hereby associates as counsel of record for Defendant 2275 W Burnside LLC, together with Robert S. May, in the above entitled

///

///

///

///

**Page  1 – NOTICE OF ASSOCIATION OF COUNSEL FOR 2275 W BURNSIDE LLC**

cause of action.  Copies of all further pleadings, correspondence, and other papers herein, exclusive of original process, should also be sent to the undersigned.

DATED this 9th day of November, 2020.

                                                  KILMER, VOORHEES & LAURICK, P.C.

*s/Robert S. May*
Robert S. May, OSB No. 980040
rmay@kilmerlaw.com
Robert C. Muth, OSB No. 971710
rmuth@kilmerlaw.com
Phone No.: 503-224-0055
Fax No.: 503-222-5290
Of Attorneys for Defendant 2275 W Burnside LLC

**Page  2 – NOTICE OF ASSOCIATION OF COUNSEL FOR 2275 W BURNSIDE LLC**