**Robert S. May, OSB No. 980040**
rmay@kilmerlaw.com
Kilmer, Voorhees & Laurick, P.C.
Attorneys at Law
2701 NW Vaughn Street, Suite 780
Portland, Oregon 97210
Telephone: (503) 224-0055
Fax: (503) 222-5290

   Of Attorneys for Defendant 2275 W Burnside LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| **AUSTIN GOODRICH,** | Case No.  3:20-CV-670-JR |
| Plaintiff, | |
| v. | NOTICE OF CHANGE OF ADDRESS |
| **2275 W BURNSIDE LLC and TLC BOOKKEEPING AND TAX PREP INC.,** | (Clerk's Attention Required) |
| Defendants. | |

TO: THE COURT CLERK, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Please take notice that the address for Robert S. May and Kilmer, Voorhees & Laurick, PC, attorneys for defendant, has changed effective January 1, 2021 from 732 NW 19th Avenue, Portland, OR 97209 to 2701 NW Vaughn Street, Suite 780, Portland, OR 97210. Telephone

**Page  1 – NOTICE OF CHANGE OF ADDRESS**

\\FILE\clients\10268\0022\Pleadings\Notice of Change of Address.docx

KILMER VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
2701 NW VAUGHN STREET, SUITE 780
PORTLAND, OREGON 97210
(503) 224-0055 · FAX (503) 222-5290

(503) 224-0055, Facsimile (503) 222-5290, and Email rmay@kilmerlaw.com remain the same.

DATED this 22nd day of January, 2021.

KILMER, VOORHEES & LAURICK, P.C.

　　　　　　*s/Robert S. May*
Robert S. May, OSB No. 980040
rmay@kilmerlaw.com
Phone No.:  503-224-0055
Fax No.:  503-222-5290
Of Attorneys for Defendant 2275 W Burnside LLC

Page  2 – **NOTICE OF CHANGE OF ADDRESS**

\\FILE\clients\10268\0022\Pleadings\Notice of Change of Address.docx

KILMER VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
2701 NW VAUGHN STREET, SUITE 780
PORTLAND, OREGON 97210
(503) 224-0055 · FAX (503) 222-5290