IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


AUSTIN GOODRICH,

                            Plaintiff(s),

          v.

2275 W BURNSIDE LLC, et al.,

                            Defendant(s).

Civil No. 03:20-cv-00670-JR

**ORDER OF DISMISSAL**

The Court having been informed by counsel for the parties that this action has been settled,

IT IS ORDERED that this action is DISMISSED with prejudice and without costs and with leave, upon good cause shown within sixty (60) days, to have this order of dismissal set aside and the action reinstated if the settlement is not consummated. Pending motions, if any, are DENIED AS MOOT.

Dated this 22nd day of April, 2021.

by    /s/ Jolie A. Russo           
                  Jolie A. Russo
                  United States Magistrate Judge